UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In the Matter of:

WILLIAM HOWARD 4TH

Case No. 05-20093 HK - 001A

Debtors

Chapter 7

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1,816.91 represents the funds due the debtor in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). Several attempts have been made to locate the debtor, however, I have been unable to locate the above named debtor and find no change of address for the debtor listed below.

The name and last known address of the debtor entitled to these funds is as follows:

| Name | Last Known Address | Claim # | Amount of Surplus |
|---|---|---|---|
| William Howard 4th | 73758 CR 376 Covert, MI 49043 | | $1,816.,91 |

Dated: 10/15/09

Marcia R. Meoli, Trustee

2009 OCT 16 AM 10:11
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.
FILED

**UNITED STATES
BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 238215      — KD

October 16, 2009
    14:30:19

**UNCLAIMED FUNDS
    05-20093**
Debtor.: WILLIAM HOWARD
Trustee: MARCIA MEOLI
Amount.:            $1,816.91 CH
Check#.: 105

Total-> $1,816.91

FROM: MARCIA MEOLI